## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **BRIAN LAMAR PONDER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. civ-17-272-R** |
| | ) | |
| **EQUIFAX INFORMATION** | ) | |
| **SERVICES LLC; EXPERIAN** | ) | |
| **INFORMATION SOLUTIONS, INC.;** | ) | |
| **and TRANS UNION LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Defendants Equifax Information Services LLC, Experian Information Solutions, Inc., and Trans Union LLC, filed a Joint Motion to Dismiss (Doc. No. 6) on April 10, 2017. The record reflects that Plaintiff has neither filed a response to the motion within the time limits prescribed by the Court's Local Civil Rules nor sought an extension of time in which to respond. Accordingly, the Court exercises its discretion and the motion is deemed confessed and therefore GRANTED and this action is hereby DISMISSED.

IT IS SO ORDERED this 2nd day of May 2017.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE